# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICO LASALLE WYCHE,<br><br>　　　　　Defendant. | **CR-23-03-H-BMM**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 8, 2025. (Doc. 53.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 7, 2025. (Doc. 51.) The United States accused Rico Wyche (Wyche) of violating his conditions of supervised release by: (1) being removed from the Great Falls Pre-Release Center on December 6, 2024, due to multiple write-ups. (Doc. 43.)

At the revocation hearing, Wyche admitted that he had violated the terms of his supervised release by: (1) being removed from the Great Falls Pre-Release Center on December 6, 2024, due to multiple write-ups.  (Doc. 51.)  Judge Johnston found that the violation Wyche admitted proved to be serious and warranted revocation, and recommended that Wyche receive a custodial sentence of 3 months, with 33 months of supervised release to follow with the additional condition of supervised release of Wyche undergoing a mental health evaluation and complay with all mental health treatment recommendations made, as directed by his probation officer.  (Doc. 53.)  Wyche was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 51.)  The violation proves serious and warrant revocation of Jacobson's supervised release.

The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 53) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Rico Lasalle Wyche be sentenced to the Bureau of Prisons for a custodial sentence of 3 months, with 33 months of supervised release to follow, Wyche shall have the additional condition of supervised release of undergoing a mental health evaluation and complying with all mental health treatment recommendations made, as directed by his probation officer.

DATED this 27th day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Court