IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICO LASALLE WYCHE,<br><br>Defendant. | CR 23-03-H-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant RICO LASALLE WYCHE (Wyche) has been accused of violating the conditions of his supervised release. (Doc. 62). Wyche admitted most of the violations. Wyche's supervised release should be revoked. Wyche should be sentenced to custody for 4 months, with 29 months of supervised release to follow. During his term of supervised release, Wyche shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a period of up to 90 days, at the direction of his probation officer. Following substance abuse treatment, Wyche shall be placed in a residential re-entry center for a term of up to 180 days, at the direction of his probation officer.

## II. Status

On August 22, 2023, Wyche plead guilty to the offense of Prohibited Person in Possession of Firearm, in violation of 18 U.S.C. §§ 922(g)(1) as charged in the Indictment. (Doc. 23). Wyche was sentenced to 18 months of custody, followed by 3 years of supervised release. (Doc. 39). Wyche's current term of supervised release began on March 5, 2025.

**Petition**

On December 6, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Wyche's supervised release. (Doc. 62). The Petition alleged Wyche violated the conditions of his supervised release by: (1) using methamphetamine and marijuana on August 31, 2026, and September 1, 2026; (2) failing to report to his probation officer on September 8, 2026, as instructed; and (3) using methamphetamine and marijuana daily from September 2, 2026, through September 7, 2026.

**Initial Appearance**

Wyche appeared before the Court on September 22, 2026. Wyche was represented by counsel. Wyche stated that he had read the Petition and that he understood the allegations against him. Wyche waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Wyche appeared before the Court on September 22, 2026. Wyche admitted that he had violated the conditions of supervised release as set forth as allegations 1 and 3 in the Petition. The Government moved to dismiss allegation 2, which the Court granted. Wyche's violations, 1 and 3, are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Wyche appeared before the Court on September 22, 2026. Wyche's violation is a Grade C. His criminal history category is V. Wyche's underlying offense is a Class C felony. Wyche could be incarcerated for up to 24 months. Wyche could be ordered to remain on supervised release for up to 33 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 7 to13 months.

## III. Analysis

Wyche's supervised release should be revoked. Wyche should be sentenced to custody for 4 months, with 29 months of supervised release to follow. During the term of his supervised release, Wyche shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a period of up to 90 days, at the direction of his probation officer. Following substance abuse treatment, Wyche shall be placed in a residential re-entry center for a term of up to

180 days, at the direction of his probation officer. This sentence is sufficient by not greater than necessary.

## IV. Conclusion

The Court informed Wyche that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Wyche of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Wyche that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

> That RICO LASALLE WYCHE has violated the conditions of his supervised release by: (1) using methamphetamine and marijuana on August 31, 2026 and September 1, 2026; and (3) using methamphetamine and marijuana daily from September 2, 2026, through September 7, 2026.

The Court **RECOMMENDS**:

> That the District Court revoke Wyche's supervised release and sentence Wyche to custody for 4 months, with 29 months of supervised release to follow. During his term of supervised release, Wyche shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a period of up to 90 days, at the direction of his probation officer. Following substance abuse treatment, Wyche shall be placed in a residential re-entry center for a term of up to 180 days, at the direction of his probation officer

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 23rd day of September 2026.



John Johnston
United States Magistrate Judge