**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICO LASALLE WYCHE,

Defendant.

CR-23-03-H-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 23, 2026. (Doc.69.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 22, 2026. (Doc. 65.) The United States accused Rico Wyche (Wyche) of violating the conditions of his supervised release by: (1) using methamphetamine and marijuana on August 31, 2026, and September 1, 2026; (2) failing to report to his probation officer on September 8, 2026, as instructed; and (3) using methamphetamine and marijuana daily from September 2, 2026, through September 7, 2026. (Doc. 62.)

At the revocation hearings Wyche admitted that he had violated the conditions of supervised release 1 and 3 as set forth in the Second Amended Petition. The Government moved to dismiss allegation 2, which Judge Johnston granted. (Doc. 65.) Judge Johnston recommended that Wyche be sentenced to a term of custody of 4 months with 29 supervised release to follow. Judge Johnston also recommended that Wyche be placed in a secure, inpatient substance abuse treatment facility, such as Connections Corrections for a period of up to 90 days and that Wyche be placed in a residential re-entry center for a term of up to 180 days, at the direction of his probation officer. (Doc.69.)

The violations Wyche admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 69) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Rico Lassalle Wyche be sentenced to a term of custody of 4 months with 29 months of supervised release to follow. Wyche will be placed in a secure, inpatient substance abuse treatment facility, such as Connections Corrections for a period of up to 90 days. Wyche will be placed in a residential re-entry center for a term of up to 180 days, at the direction of his probation officer.

DATED this 7th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts